**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Minnesota Mining and Manufacturing Company and 3M Innovative Properties Company,

Plaintiff,

vs.

Kosma-Kare International, LLC,

Defendants.

Civil No. 00-335 (RHK/JMM)

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

---

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28 United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS ORDERED** pursuant to this Court's Assignment of Cases Order dated January 5, 1993, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED** that a copy of this Order shall be filed in the above-captioned case.

February 15, 2000

RICHARD H. KYLE
United States District Judge

FILED FEB 16 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

[docket ] CIVIL/CRIMINAL [vdkttext]
4. Queries Docketing

Docket # : 0:0 -cv-335 PATENT
Short Title: Minnesota Mining v. Kosma-Kare Intl REFER
Type: cv - Judge: Kyle Magistrate: Mason

---

Summary of Event that Created the Document

| Filed | Entry Date | Last Update | History ID | Docketed by |
| --- | --- | --- | --- | --- |
| 2/16/00 | 2/18/00 | **/**/** | 1185175 | dl |

ORDER OF DISQUALIFICATION ( Judge Richard H. Kyle / 2/15/00) |Case reassigned to Judge Ann D. Montgomery per Patent List|, |Case referred to Magistrate Judge Arthur J. Boylan| (CASE NUMBER REMAINS THE SAME EXCEPT FOR JUDGES' INITIALS - 00-335ADM/AJB) 1pg(s) (cc: all counsel)

+viewing docket text

Transaction: o - -/ ord/ cs rasgn -

Command mode (? for commands)